## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Harvey Pratt

    v.                                    No. 05-fp-395

NH Department of Safety,
Commissioner, et al.

### O R D E R

On November 4, 2005 plaintiff requested of the prison a six month certificate of custodial institution. It has not yet been received but a $40.00 initial payment fee has been received from plaintiff's inmate account. Plaintiff is granted <u>in forma pauperis</u> status and the file may be opened. However, this status will be reconsidered if the certificate of custodial institution is not received by January 7, 2006.

This case has been assigned civil number 05-cv-395-JD.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: November 29, 2005

cc:    Harvey Pratt, *pro se*
        NH State Prison Inmate Accounts
        Bonnie Reed, Financial Administrator