**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Harvey Pratt</u>

   v.	Civil No. 05-cv-395-PB

<u>Richard Flynn, Commissioner of
The New Hampshire Department of
Safety, et al.</u>

**O R D E R**

Harvey Pratt has filed an amended complaint (document no. 8), presumably intended as an objection to the Report and Recommendation (document no. 7) issued by this Court on February 16, 2006, recommending dismissal of the complaint. As discussed in the Report and Recommendation issued simultaneous with this Order, after consideration of the facts alleged in Pratt's original, supplemental, and amended complaints,[1] I will direct that the Due Process claim based on Pratt being labeled as a sex offender, and the state law claims arising out of the same

---

[1] Pratt's initial complaint was filed on November 7, 2005 (document no. 1). Pratt then filed a supplement to that complaint on February 8, 2006 (document no. 6). Because it appears that Pratt seeks in his amended complaint (document no. 8) to clarify the claims previously raised, I will consider the information provided in all three complaint documents in the aggregate to be the complaint in this matter.

transaction, be served on defendants Jeffrey Kellett and Richard Flynn.  In my Report and Recommendation, I recommend the dismissal of the other claims raised.

As I find that plaintiff has stated claims upon which relief may be granted, I order the complaint (document nos. 1, 6 & 8) be served on Defendants.  The Clerk's office is directed to serve the New Hampshire Office of the Attorney General (AG), as provided in the Agreement On Acceptance Of Service, copies of this order, my February 16 Report and Recommendation (document no. 7), the Report and Recommendation issued simultaneously with this Order, and the complaint (document nos. 1, 6 & 8).  See United States District Court for the District of New Hampshire Local Rule 4.3(d)(2)(C).  Within thirty days from receipt of these materials, the AG will submit to the court an Acceptance of Service notice specifying those defendants who have authorized the AG's office to receive service on their behalf.  When the Acceptance of Service is filed, service will be deemed made on the last day of the thirty-day period.

As to those defendants who do not authorize the AG's office to receive service on their behalf or whom the AG declines to represent, the AG shall, within thirty days from receipt of the

aforementioned materials, provide a separate list of the last known addresses of such defendants.  The Clerk's office is instructed to complete service on these individuals by sending to them, by certified mail, return receipt requested, copies of these same documents.

Defendants are instructed to answer or otherwise plead within twenty days of acceptance of service.  <u>See</u> Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the Defendants by delivering or mailing the materials to them or their attorneys, pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:    May 24, 2006

cc:      Harvey Pratt, *pro se*