UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Harvey Pratt

       v.                              Case No. 05-cv-395-PB

NH Department of Safety

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 24, 2006, no objection having been filed.

SO ORDERED.

June 19, 2006                               /s/ Paul Barbadoro
                                                     Paul Barbadoro
                                                       United States District Judge

cc:    Harvey Pratt, Pro se
        NH Attorney General